# ALLEGHENY COUNTY.

## December Term, 1791.

JAMES WRIGHT *v.* JAMES KERR and wife.

THIS was an action of trespass *quare clausam fregit*, against a husband and wife, jointly, for taking one hundred bushels of corn, &c.

1791.

*Ross*, for the defendants, objected to any testimony against the husband; 1, because the writ being against the two, as husband and wife, is to be considered in the usual way of joining the husband with the wife, for forms sake, and for his interest; and 2, because a wife committing a trespass in the presence of her husband, is not answerable, acting by compulsion.

*Brackenridge* and *Carson*, for the plaintiff: Trespass lies against husband and wife, for a joint trespass by both.

*White v. Eldridge*, 1 Ld. Ray. 443, 1 Bac. abr. 307.

PRESIDENT. This is not an action against husband and wife, for a trespass by the wife, but for a joint trespass by both. Though the husband's presence should excuse the wife, the wife's presence will not excuse the husband. The evidence is proper. If the exception be intended against the action, there is another way to bring it forward, and give it effect, if it can have any.